UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
IN RE:

    Sabrina Crutch,

              Debtor(s).
------------------------------X

STATEMENT PURSUANT
TO LOCAL RULE 2017-1

Case No.
Chapter 7

    SCOTT R. SCHNEIDER, an attorney duly admitted to practice in this Court, states:

    1. That I am the attorney for the above named Debtor(s).

    2. That prior to the filing of the Petition herein, the following services were rendered to the above named Debtor(s).

| DATE | SERVICE | TIME |
|---|---|---|
| 08/02/13 | Initial interview, analysis of financial condition, discussion of alternatives to bankruptcy; review of obligations of a Debtor under Chapter 7 or Chapter 13. | 1.5 |
| 10/08/13 | Obtained additional information necessary to complete Petition; communicate with Creditors when necessary to advise them of Debtor's intention to file Petition and to obtain or verify information required to prepare schedules. Preparation of petition. | 2.5 |
| 11/25/13 | Final review of Petition, schedules and review same with Debtor(s) prior to filing. | 2.0 |
| | TOTAL | 6.0 |

    3. All of the aforementioned services rendered herein prior to the filing of the Petition were rendered personally by me.

    4. My usual rate of compensation on bankruptcy matters of this type is $325 per hour.

Dated:    Hicksville, New York
           December 4, 2013

                                              s/ _____
                                              SCOTT R. SCHNEIDER, ESQ.