## FUNDAMENTAL BUSINESS SERVICE INC.   PAYROLL ACCOUNT

6121

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| SCRUTH06101 | SABRINA M. CRUTCH | xxx-xx-6437 | 11/15/13 - 11/21/13 | 11/21/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 30.00 | 360.00 | Gross | 360.00 | 6,084.00 |
| | | | | Soc Sec | -22.32 | -377.20 |
| | | | | Medicare | -5.22 | -88.21 |
| | | | | State | -9.27 | -112.99 |
| | | | | SDI | -0.60 | -14.40 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 30.00 | 360.00 | 6084.00 | $322.59 | 6121 |

## FUNDAMENTAL BUSINESS SERVICE INC.   PAYROLL ACCOUNT

6114

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| SCRUTH06101 | SABRINA M. CRUTCH | xxx-xx-6437 | 11/8/13 - 11/14/13 | 11/14/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 21.50 | 258.00 | Gross | 258.00 | 5,724.00 |
| | | | | Soc Sec | -16.00 | -354.88 |
| | | | | Medicare | -3.74 | -82.99 |
| | | | | State | -4.82 | -103.72 |
| | | | | SDI | -0.60 | -13.80 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 21.50 | 258.00 | 5724.00 | $232.84 | 6114 |

## FUNDAMENTAL BUSINESS SERVICE INC.   PAYROLL ACCOUNT

6107

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| SCRUTH06101 | SABRINA M. CRUTCH | xxx-xx-6437 | 11/1/13 - 11/7/13 | 11/7/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 31.50 | 378.00 | Gross | 378.00 | 5,466.00 |
| | | | | Soc Sec | -23.44 | -338.88 |
| | | | | Medicare | -5.48 | -79.25 |
| | | | | State | -10.22 | -98.90 |
| | | | | SDI | -0.60 | -13.20 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 31.50 | 378.00 | 5466.00 | $338.26 | 6107 |

FUNDAMENTAL BUSINESS SERVICE INC.   PAYROLL ACCOUNT

6100

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|---|
| SCRUTH06101 SABRINA M. CRUTCH | | | xxx-xx-6437 | 10/25/13 - 10/31/13 | 10/31/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 29.50 | 354.00 | Gross | 354.00 | 5,088.00 |
| | | | | Soc Sec | -21.95 | -315.44 |
| | | | | Medicare | -5.13 | -73.77 |
| | | | | State | -8.95 | -88.68 |
| | | | | SDI | -0.60 | -12.60 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 29.50 | 354.00 | 5088.00 | $317.37 | 6100 |

FUNDAMENTAL BUSINESS SERVICE INC.   PAYROLL ACCOUNT

6093

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|---|
| SCRUTH06101 SABRINA M. CRUTCH | | | xxx-xx-6437 | 10/19/13 - 10/25/13 | 10/25/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 23.50 | 282.00 | Gross | 282.00 | 4,734.00 |
| | | | | Soc Sec | -17.48 | -293.49 |
| | | | | Medicare | -4.09 | -68.64 |
| | | | | State | -5.78 | -79.73 |
| | | | | SDI | -0.60 | -12.00 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 23.50 | 282.00 | 4734.00 | $254.05 | 6093 |

FUNDAMENTAL BUSINESS SERVICE INC.   PAYROLL ACCOUNT

6079

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|---|
| SCRUTH06101 SABRINA M. CRUTCH | | | xxx-xx-6437 | 10/11/13 - 10/17/13 | 10/17/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 20.00 | 240.00 | Gross | 240.00 | 4,452.00 |
| | | | | Soc Sec | -14.88 | -276.01 |
| | | | | Medicare | -3.48 | -64.55 |
| | | | | State | -4.10 | -73.95 |
| | | | | SDI | -0.60 | -11.40 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 20.00 | 240.00 | 4452.00 | $216.94 | 6079 |

**FUNDAMENTAL BUSINESS SERVICE INC.  PAYROLL ACCOUNT**

6072

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|---|
| SCRUTH06101 | SABRINA M. CRUTCH | | xxx-xx-6437 | 10/4/13 - 10/10/13 | 10/10/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 18.50 | 222.00 | Gross | 222.00 | 4,212.00 |
| | | | | Soc Sec | -13.76 | -261.13 |
| | | | | Medicare | -3.22 | -61.07 |
| | | | | State | -3.38 | -69.85 |
| | | | | SDI | -0.60 | -10.80 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 18.50 | 222.00 | 4212.00 | $201.04 | 6072 |

**FUNDAMENTAL BUSINESS SERVICE INC.  PAYROLL ACCOUNT**

6064

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|---|
| SCRUTH06101 | SABRINA M. CRUTCH | | xxx-xx-6437 | 9/27/13 - 10/3/13 | 10/3/13 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 12.00 | 20.00 | 240.00 | Gross | 240.00 | 3,990.00 |
| | | | | Soc Sec | -14.88 | -247.37 |
| | | | | Medicare | -3.48 | -57.85 |
| | | | | State | -4.10 | -66.47 |
| | | | | SDI | -0.60 | -10.20 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 20.00 | 240.00 | 3990.00 | $216.94 | 6064 |