# Notice Recipients

| District/Off: 0207−1 | User: acruz | Date Created: 12/20/2013 |
|---|---|---|
| Case: 1−13−47530−ess | Form ID: 213 | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Sabrina Crutch | 137−02 Brookville Boulevard | Rosedale, NY 11422 | | |
| tr | Debra Kramer | Debra Kramer, PLLC | 98 Cutter Mill Road | Suite 466 South | Great Neck, NY 11021 |
| aty | Scott R Schneider | 117 Broadway | Hicksville, NY 11801 | | |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office) | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York, NY 10014 |
| 8216572 | Alliance One Receivables | 80 Clinton Street | Suite D # 391 | Hempstead, NY 11550 | |
| 8216573 | Barclays Bank | 700 Prides Xing | Newark, DE 19713 | | |
| 8216575 | Capital One Bank | PO Box 30281 | Salt Lake City, UT 84130 | | |
| 8216574 | Capital One Bank | PO Box 71083 | Charlotte, NC 28272 | | |
| 8216576 | Cavalry Portfolio Serv | 500 Summit Lake Drive | Valhalla, NY 10595 | | |
| 8216577 | Chase | Po Box 15298 | Wilmington, DE 19850 | | |
| 8216578 | Diamont Resorts Financial | PO Box 60480 | Los Angeles, CA 90060 | | |
| 8216579 | Empire/GECRB | C/O Portfolio Recovery | PO Box 12914 | Norfolk, VA 23541 | |
| 8216580 | HSBC Bank | C/O Midland Funding | 8875 Aero Drive | Suite 200 | San Diego, CA 92123 |
| 8216581 | HSBC Card Services | PO Box 71104 | Charlotte, NC 28272 | | |
| 8216583 | Internal Revenue Service | 10 Metrotech Center | 625 Fulton Street | Brooklyn, NY 11201 | |
| 8216582 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101 | | |
| 8216584 | Jacqueline Wagner | 1055 Franklin Avenue | Suite 202 | Garden City, NY 11530 | |
| 8216585 | Juniper Card Services | Card Services | PO Box 13337 | Philadelphia, PA 19101 | |
| 8216586 | Metropolitan Diagnostic | 224 7th Street | 3rd Floor | Garden City, NY 11530 | |
| 8216587 | Midland Funding | 8875 Aero Drive | Suite 200 | San Diego, CA 92123 | |
| 8216588 | Midland Funding LLC | 75 Maiden Lane | Suite 207 | New York, NY 10038 | |
| 8216589 | N.S. LIJ Dept of Radiolog | C/O Jeffrey Lerman P.C. | 170 Old Country Road | Suite 600 | Mineola, NY 11501 |
| 8216590 | North Shore Health Sys | PO Box 415972 | Boston, MA 02241 | | |
| 8216591 | North Shore LIJ | Health System Laborator | PO Box 415972 | Boston, MA 02241 | |
| 8216592 | Stephanie Buck Haskin MD | 600 Northern Blvd | Suite 109 | Great Neck, NY 11021 | |
| 8216593 | T.B.A. Tax Service Inc. | Financial &Accounting | 475 W Merrick Road | Suite 105 | Valley Stream, NY 11580 |
| 8216594 | Washington Mutual Bank | C/O Schachter Portnoy LLC | 500 Summit Lake Drive | Valhalla, NY 10595 | |

TOTAL: 30