United States Bankruptcy Court
Eastern District of New York

In re:                                                                Case No. 13-47530-ess
Sabrina Crutch                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: acruz              Page 1 of 1            Date Rcvd: Dec 20, 2013
                              Form ID: 245             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2013.
db          +Sabrina Crutch,    137-02 Brookville Boulevard,    Rosedale, NY 11422-1723
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
smg         +Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
              U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8216572     +Alliance One Receivables,    80 Clinton Street,    Suite D # 391,    Hempstead, NY 11550-4222
8216573     +Barclays Bank,    700 Prides Xing,    Newark, DE 19713-6102
8216574     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
8216575     +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
8216577     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
8216578     +Diamont Resorts Financial,    PO Box 60480,    Los Angeles, CA 90060-0480
8216579     +Empire/GECRB,    C/O Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541-0914
8216581     +HSBC Card Services,    PO Box 71104,    Charlotte, NC 28272-1104
8216584     +Jacqueline Wagner,    1055 Franklin Avenue,    Suite 202,    Garden City, NY 11530-2903
8216585     +Juniper Card Services,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
8216586     +Metropolitan Diagnostic,    224 7th Street,    3rd Floor,    Garden City, NY 11530-5734
8216588     +Midland Funding LLC,    75 Maiden Lane,    Suite 207,    New York, NY 10038-4810
8216589     +N.S. LIJ Dept of Radiolog,    C/O Jeffrey Lerman P.C.,    170 Old Country Road,    Suite 600,
              Mineola, NY 11501-4313
8216590     +North Shore Health Sys,    PO Box 415972,    Boston, MA 02241-5972
8216591     +North Shore LIJ,    Health System Laborator,    PO Box 415972,    Boston, MA 02241-5972
8216592     +Stephanie Buck Haskin MD,    600 Northern Blvd,    Suite 109,    Great Neck, NY 11021-5200
8216593     +T.B.A. Tax Service Inc.,    Financial & Accounting,    475 W Merrick Road,    Suite 105,
              Valley Stream, NY 11580-5202
8216594     +Washington Mutual Bank,    C/O Schachter Portnoy LLC,    500 Summit Lake Drive,
              Valhalla, NY 10595-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8216576     +E-mail/Text: bankruptcy@cavps.com Dec 20 2013 18:05:20     Cavalry Portfolio Serv,
              500 Summit Lake Drive,    Valhalla, NY 10595-2322
8216580     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2013 18:05:11     HSBC Bank,    C/O Midland Funding,
              8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
8216583      E-mail/Text: cio.bncmail@irs.gov Dec 20 2013 18:05:02     Internal Revenue Service,
              10 Metrotech Center,    625 Fulton Street,    Brooklyn, NY 11201
8216582     +E-mail/Text: cio.bncmail@irs.gov Dec 20 2013 18:05:03     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
8216587     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2013 18:05:11     Midland Funding,    8875 Aero Drive,
              Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2013 at the address(es) listed below:
              Debra Kramer    dkramer@kramerpllc.com;trustee@kramerpllc.com, ny73@ecfcbis.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Scott R Schneider   on behalf of Debtor Sabrina  Crutch scottsch@optonline.net
                                                                                              TOTAL: 3

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

## NOTICE OF ELECTRONIC FILING PROCEDURE −

## INFORMATION REGARDING MEETING OF CREDITORS

**Case Name: Sabrina Crutch**

**Case Number: 1−13−47530−ess**          **Date Filed: December 19, 2013**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with EDNY LBR 9011−1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial−up, or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1−800−676−6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD−ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD−ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built−in conversion utility. Use a separate diskette or CD−ROM/DVD for each filing. Submit the diskette or CD−ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the diskette or CD−ROM/DVD.

**Important Note: Proofs of claim may be filed over the Internet, on diskette or CD−ROM/DVD, or in paper form.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: December 20, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

# NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the Debtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 12/14/2010]