Certificate Number: 01401-NYE-DE-022603376

Bankruptcy Case Number: 13-47530



01401-NYE-DE-022603376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2014, at 11:40 o'clock PM EST, Sabrina Crutch completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: January 15, 2014     By: /s/Jeremy Lark

                           Name: Jeremy Lark

                           Title: FCC Manager